**Exhibit 1**

**Copyright Registration**

# Copyright

---

**Registration Number / Date:**
VA0002463187 / 2025-05-22

**Type of Work:**
Visual Material

**Title:**
Dinosaur Pattern.

**Application Title:**
Dinosaur Pattern.

**Date of Creation:**
2018

**Date of Publication:**
2018-11-18

**Copyright Claimant:**
Katherine Quinn. Address: 326 Turamoe Road, Pakipaki, Hastings, New Zealand.

**Authorship on Application:**
Katherine Quinn; Citizenship: New Zealand. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Nation of First Publication:**
New Zealand

**Names:**
Quinn, Katherine

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/siebel_VA002463187

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-462-854**

**Effective Date of Registration:**
May 22, 2025
**Registration Decision Date:**
September 15, 2025

## Title

    **Title of Work:** Fish Pattern

## Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** February 20, 2017
    **Nation of 1st Publication:** New Zealand

## Author

-     **Author:** Katherine Quinn
    **Author Created:** 2-D artwork
    **Citizen of:** New Zealand

## Copyright Claimant

    **Copyright Claimant:** Katherine Quinn
    326 Turamoe Road, Pakipaki, Hastings, New Zealand

## Certification

    **Name:** Daniel Lachman
    **Date:** May 22, 2025

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
## VA 2-446-664
**Effective Date of Registration:**
February 25, 2025
**Registration Decision Date:**
May 27, 2025



## Title

  Title of Work: Whale Song Pattern

## Completion/Publication

  Year of Completion: 2017
  Date of 1st Publication: June 27, 2017
  Nation of 1st Publication: New Zealand

## Author

  - Author: Katherine Quinn
    Author Created: 2-D artwork
    Citizen of: New Zealand

## Copyright Claimant

  Copyright Claimant: Katherine Quinn
  326 Turamoe Road, Pakipaki, Hastings, Hawkes Bay, 4178, New Zealand

## Certification

  Name: Daniel Lachman
  Date: February 25, 2025