AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 1:25-cv-14834    DATE FILED: 12/9/2025 | Northern District of Illinois |
| **PLAINTIFF**<br>Katherine Quinn | **DEFENDANT**<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | E. Calasanz | 12/29/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit 1**

**Copyright Registration**

# Copyright

**Registration Number / Date:**
VA0002463187 / 2025-05-22

**Type of Work:**
Visual Material

**Title:**
Dinosaur Pattern.

**Application Title:**
Dinosaur Pattern.

**Date of Creation:**
2018

**Date of Publication:**
2018-11-18

**Copyright Claimant:**
Katherine Quinn. Address: 326 Turamoe Road, Pakipaki, Hastings, New Zealand.

**Authorship on Application:**
Katherine Quinn; Citizenship: New Zealand. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Nation of First Publication:**
New Zealand

**Names:**
Quinn, Katherine

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/siebel_VA002463187

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to [Privacy: Public Copyright Registration Records(Circular 18)](#).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-462-854**

**Effective Date of Registration:**
May 22, 2025
**Registration Decision Date:**
September 15, 2025



## Title

| | |
|---|---|
| Title of Work: | Fish Pattern |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | February 20, 2017 |
| Nation of 1st Publication: | New Zealand |

## Author

| | |
|---|---|
| • Author: | Katherine Quinn |
| Author Created: | 2-D artwork |
| Citizen of: | New Zealand |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Katherine Quinn |
| | 326 Turamoe Road, Pakipaki, Hastings, New Zealand |

## Certification

| | |
|---|---|
| Name: | Daniel Lachman |
| Date: | May 22, 2025 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-446-664**
**Effective Date of Registration:**
February 25, 2025
**Registration Decision Date:**
May 27, 2025

## Title

**Title of Work:** Whale Song Pattern

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 27, 2017
**Nation of 1st Publication:** New Zealand

## Author

- **Author:** Katherine Quinn
  **Author Created:** 2-D artwork
  **Citizen of:** New Zealand

## Copyright Claimant

**Copyright Claimant:** Katherine Quinn
326 Turamoe Road, Pakipaki, Hastings, Hawkes Bay, 4178, New Zealand

## Certification

**Name:** Daniel Lachman
**Date:** February 25, 2025

Page 1 of 1

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Katherine Quinn

                                                Plaintiff,

v.                                                                  Case No.: 1:25−cv−14834

                                                                        Honorable Martha M. Pacold

The Partnerships And Unincorporated Associations Identified On Schedule A,

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's Notice of Voluntary Dismissal, [8]. This dismissal took effect without court intervention. See Fed. R. Civ. P. 41(a)(1)(A)(i); Waetzig v. Haliburton Energy Servs., 145 S. Ct. 690, 694 (2025). Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.